# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SUMMIT FARMS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV328 |
| vs. | ) | |
| | ) | ORDER |
| **AINSWORTH FEED YARDS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

Jerrold L. Strasheim has filed an entry of appearance for the defendant, Ainsworth Feed Yards, LLC.  In accordance with the April 1, 2010 Order and Notice of Hearing,

**IT IS ORDERED:**

1.  The motion (Filing 24) of David A. Domina, Brian E. Jorde, #23613, and Domina Law Group pc llo for leave to withdraw as counsel for Defendant, Ainsworth Feed Yards, LLC, is granted.  The court will terminate future electronic notices to Messrs. Domina and Jorde in this case.

2.  The hearing previously set for April 29, 2010 is cancelled.

3.  A telephone conference with the undersigned magistrate judge will be held on **May 24, 2010 at 11:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.  Plaintiff's counsel shall initiate the conference call to the court at 402-661-7340.  At the request of the parties, the conference may be held in chambers.

**DATED April 21, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**