IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUMMIT FARMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV328 |
| vs. | ) | |
| | ) | ORDER TO SHOW CAUSE |
| AINSWORTH FEED YARDS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed Summit Farms' unopposed motion (Doc. 40) for leave to suspend deadlines and the trial date.

In this action, Summit Farms seeks to recover damages from Ainsworth Feed Yards, LLC ("the LLC") for the alleged breach of a series of corn purchase contracts. In March 2010, AFY, Inc., f/k/a Ainsworth Feed Yards Company, Inc. ("Debtor") filed for Chapter 11 bankruptcy protection (Bankr. D. Neb. No. 10-40875), listing Summit Farms as a creditor for the same debt that is the subject of this action. Summit Farms, in turn, made a claim in the bankruptcy proceeding for the debt. The Trustee objected to the claim.[1] The Bankruptcy Court has set the disputed Summit Farms claim on course for trial.

Since this matter is related to a case brought under Title 11 of the U.S. Bankruptcy Code,

**IT IS ORDERED** that counsel for the parties shall electronically file a "Response" to this order, showing cause why this case should not be referred to the Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a) and 28 U.S.C. § 157. The response shall be filed no later than **November 16, 2010.**

**DATED November 8, 2010.**

                                            BY THE COURT:

                                            s/ F.A. Gossett, III
                                            **United States Magistrate Judge**

---

[1] The Chapter 11 Trustee also filed an adversary complaint (No. 10-04060) alleging that the LLC owes $4,515,910 to the Debtor.