# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SUMMIT FARMS, LLC,** | ) | **CASE NO. 8:09CV328** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **AINSWORTH FEED YARDS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

On November 8, 2010, Magistrate Judge F.A. Gossett entered an Order to Show Cause as to why this case should not be referred to Bankruptcy Court (Filing No. 40). Neither party objects to referral (Filing Nos. 42, 43).  Pursuant to NEGenR 1.5(a), and 28 U.S.C. § 157, this matter is referred to the United States Bankruptcy Court for the District of Nebraska.  Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. The Motion for Leave to Suspend Deadlines and Trial Date and Set for Status Conference (Filing No. 40) filed by Plaintiff Summit Farms, LLC, is denied as moot;

3. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

4. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 18th day of November, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge